467 A.2d 66

Krous, Appellant v. O'Brien, et al.
Petition for Allowance of Appeal
Denied Feb. 14, 1984.

Argued April 13, 1983. Michael J. Rostolsky, for appellant; John E. Huber, for appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Order affirmed.

CAVANAUGH, J. filed a memorandum dissenting opinion.